IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40164
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RAUL RIOS-DURAN,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-99-CR-384-1
--------------------
October 19, 2000
Before SMITH, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Raul
Rios-Duran has moved for leave to withdraw and has filed a brief
as required by Anders v. California, 386 U.S. 738 (1967).  Rios-
Duran did not file a response to counsel's motion to withdraw.
Our independent review of counsel's brief and the record
discloses no nonfrivolous appellate issue.  Accordingly,
counsel's motion for leave to withdraw is GRANTED, counsel is
excused from further responsibilities herein, and the APPEAL IS
DISMISSED.  See 5TH CIR. R. 42.2.

---

   * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.